```
           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    )   CR. NO. 09-00209 SOM
                             )
          Plaintiff,         )   ORDER EXTENDING APPEAL
                             )   DEADLINE
     vs.                     )
                             )
LUIS FERNANDO CASACA,        )
                             )
          Defendant.         )
_____)
```

**ORDER EXTENDING APPEAL DEADLINE**

This court files this order in response to the Ninth Circuit's order dated August 6, 2015, which directed this court to give Defendant Luis Fernando Casaca an opportunity to seek an extension of his appeal deadline.

On June 16, 2015, this court entered its order denying Casaca's motion for a reduction of his sentence pursuant to recent sentencing guideline amendments.  This court mailed that order to Casaca at a Bureau of Prisons facility in Ohio. Unfortunately, the mailed was returned as "undeliverable" on June 30, 2015.

The Ohio address had been the address the court had for Casaca.  While mail sent to Ohio for Casaca had been returned to the court in April 2015, this court did not have an alternate address for him.  The court's practice when mail sent to a prison is returned is to have court staff check the Bureau of Prison database and to resend the material to the address in the BOP's

database.  Thus, when the mail sent to Ohio was returned to the court in April 2015, that mail was sent once again to Ohio, presumably because at that time the BOP database indicated that Casaca was still in Ohio.  The mail that was sent once again to Ohio in April did not come back to the court marked "undeliverable" a second time, and, at a telephone conference held on August 10, 2015, Casaca confirmed that he ultimately (but belatedly) received that mail.  With respect to the mail that was returned to the court on June 30, 2015, court staff determined that Casaca had been transferred to a Texas prison facility, and the court then mailed the order to Texas.

   Casaca submitted a notice of appeal dated July 13, 2015, and postmarked July 14, 2015. The notice of appeal might have been placed in the regular mail, rather than processed through the prison mail system.  In any event, it reached this court on July 20, 2015.

   Given Casaca's transfer and the returned mail, this court finds good cause to extend Casaca's appeal deadline.  Without an extension, Casaca's time to appeal would have expired before he received the order in issue.  Under Rule 4(b)(1)(A) of the Federal Rules of Appellate Procedure, Casaca's appeal deadline was 14 days after this court filed its order dated June 16, 2015.  This court received back the order marked as "undeliverable" on the very day that the 14 days ran.

This court is aware that a prisoner transfer can take well over a month.  Both from general discussions with the United States Marshals Service and from its experiences in other cases, this court understands that the USMS transports prisoners to airport hubs that may be many miles from the prisoners' final designations.  A prisoner may be temporarily held near a hub until the USMS moves the prisoner, often by bus.  The prisoner may go through a series of movements by plane and bus to designated transfer points, with the movements interrupted by temporary stays at different facilities.  Thus, a prisoner may end up being "in transit" for a number of weeks.  That appears to be what happened with Casaca.  For example, the United States listed his address as an Oklahoma prison on the certificate of service the United States submitted on April 23, 2015, and Casaca did confirm during the August 10 telephone conference that he was in Oklahoma for a number of weeks on his way to Texas.  Clearly, the transfer process made him difficult to reach and made it nearly impossible for him to receive documents in a timely manner.

During the August 10 telephone conference, this court articulated two options to Casaca.  First, the court said that, if Casaca had not timely received the opposition to his motion from the United States and wished to file an optional reply memorandum, as expressly permitted in this court's minute order

of April 27, 2015, the court could vacate its June 16 order denying his motion, permit Casaca to file an optional reply memorandum, and then consider his motion.  Second, because the reply memorandum was optional, Casaca could opt to proceed with his pending appeal upon this court's entry of an order extending his appeal time.  Casaca said more than once during the telephone conference that he wanted the extension that would allow him to proceed with his pending appeal.  The United States, while raising objections to the substance of Casaca's motion for a reduction in his sentence, had no objection to the extension of the time in which Casaca could appeal.

Rule 4(b)(4) of the Federal Rules of Appellate Procedure, provides, "Upon a finding of excusable neglect or good cause, the district court may--before or after the time has expired, with or without motion and notice--extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)."  This court finds that there is good cause to extend the appeal time, given Casaca's transfer from Ohio to Texas and the resulting difficulties in his receiving or sending communications.  The "time otherwise prescribed" for an appeal expired on June 30, 2015, and Casaca's notice of appeal was filed on July 20, 2015, less than 30 days from what would have been a June 30 deadline.  Thus, if this court extends Casaca's appeal time by 30 days (that

is, until July 30, 2015), his presently pending appeal will be timely.  The court here extends Casaca's appeal deadline until July 30, 2015.

The Clerk of Court is directed to send a copy of this order to the Ninth Circuit.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 12, 2015.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States v. Luis Casaca, CR. NO. 09-00209 SOM, ORDER EXTENDING APPEAL DEADLINE